FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 3:45 pm, Jul 23, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| EUNICE WADDELL, | |
| Plaintiff, | CIVIL ACTION NO.: 2:19-cv-71 |
| v. | |
| WAL-MART STORES EAST, LP, | |
| Defendant. | |

**O R D E R**

The Court previously issued a stay of discovery in this case for 60 days to allow the parties to mediate or otherwise attempt to resolve the case through negotiations. Doc. 29. The parties were ordered to file a status report on or before July 13, 2020 informing the Court whether the parties had resolved their dispute. Id. The parties represent they have scheduled a mediation for August 26, 2020. Doc. 30. Thus, the Court **ORDERS** that the stay imposed in its May 14, 2020 Order remain in place until August 28, 2020. The parties shall file a joint report on or before August 28, 2020 describing the status of the mediation.

**SO ORDERED**, this 23rd day of July, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA